CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

OCT 18 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ROBERT BERNARDINI,<br><br>*Defendant.* | CIVIL ACTION No. 6:05CR00016<br><br>MEMORANDUM OPINION<br><br>JUDGE NORMAN K. MOON |

The Court has before it Defendant's Motion to Suppress, argued on September 21, 2005.

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Defendant's Motion to Suppress is hereby DENIED.

It is so ORDERED.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

October 18, 2005
Date